IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY STOUFFER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.   15-3523 |
| | : | |
| **THE CITY OF READING, et al.** | : | |

# O R D E R

**AND NOW,** this 13th day of December, 2017, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment [Doc. 57] is **GRANTED**.
2. Judgment is entered on all counts of the Complaint in favor of the defendants William Heim, Brian Nicarry Vaughn Spencer, the City of Reading and the John Doe defendants and against the plaintiff.
3. Plaintiff's negligence claim against defendant O'Brien Wrecking Co., Inc. (Count XIV) is **DISMISSED** without prejudice.
4. Defendant Dinosaur Demolition, LLC's motion for summary judgment [Doc. 56] is **DENIED** as moot.
5. Plaintiff's motion for extension of time [Doc. 71] is **DENIED** as moot.
6. Defendants' motion for sanctions [Doc. 54] is **DENIED** as moot.
7. The Clerk is **DIRECTED** to close this case for statistical purposes.

        **BY THE COURT:**


        **/s/ Jeffrey L. Schmehl**
        **JEFFREY L. SCHMEHL, J.**